| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | LOWELL C. POWELL (CABN 235446)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7368 |
| 7 | Facsimile: (415) 436-7234<br>E-Mail: lowell.powell2@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0029 RS | |
| Plaintiff, | ) | | |
| v. | ) | **STIPULATION AND [PROPOSED]** | |
| | ) | **ORDER EXCLUDING TIME UNDER 18** | |
| JORGE RODAS SALGUERO,<br>  a/k/a Marco Zelia,<br>  a/k/a Jose Martinez, | ) | **U.S.C. § 3161** | |
| Defendant. | ) | | |

On February 7, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to February 28, 2012. The parties have agreed to exclude the period of time between February 7, 2012 and February 28, 2012, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0029 RS

1  At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

2

3
                                                MELINDA HAAG
4                                               United States Attorney

5

6  DATED: February 17, 2012                    _____/s/_____
                                                LOWELL C. POWELL
7                                               Special Assistant United States Attorney

8

9  DATED: February 17, 2012                    _____/s/_____
                                                DANIEL BLANK
10                                              Attorney for JORGE RODAS SALGUERO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0029 RS

[PROPOSED] ORDER

For the reasons stated above and at the February 7, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from February 7, 2012 through February 28, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2/21/12

THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0029 RS